[No. 31257-3-II.  Division Two.  January 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY DEAUNDRA WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02664-8, Ronald E. Culpepper, J., entered December 22, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 31351-1-II.  Division Two.  January 25, 2005.]

RUTH HAJICEK, ET AL., *Appellants*, v. JOHN V. FARRELL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 02-2-00723-2, Gordon Godfrey, J., entered January 9, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Van Deren, JJ.

[No. 31457-6-II.  Division Two.  January 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL TERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02706-7, Bruce W. Cohoe, J., entered February 29, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 31762-1-II.  Division Two.  January 25, 2005.]

W. GENE CARLSON, ET AL., *Appellants*, v. CURTIS HOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-10117-1, Rosanne Buckner, J., entered May 13, 2004. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Van Deren, J.; Quinn-Brintnall, C.J., dissenting.